# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## NO: 3:05CR299

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| vs. ) | |
| ) | **ORDER** |
| ALAN JEFFERY WHITESIDES, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the handwritten letter from the Defendant, Alan Jeffery Whitesides, to the undersigned, received March 1, 2006. In his letter to the Court, Mr. Whitesides suggests that his guilty plea entered February 17, 2006 was not knowing. Mr. Whitesides also expresses concerns about the performance of his court-appointed lawyer, M. Victoria Jayne.

It is the longstanding practice of this Court to deny *pro se* motions filed by defendants who are represented by counsel, without prejudice to their ability to refile such motions after consulting with their lawyer. As noted above, Mr. Whitesides is represented in this matter by M. Victoria Jayne, who was appointed by the Court on or about September 8, 2005. To the extent that Mr. Whitesides' letter could be deemed a motion to challenge the entry of his guilty plea, it is therefore **DENIED.** However, in light of Mr. Whitesides' complaints about the performance of his lawyer, the case will be placed on for an inquiry to counsel hearing.

**IT IS THEREFORE ORDERED** that, to the extent that the Defendant's handwritten letter to the Court could be deemed a written motion, that motion is hereby **DENIED.** The Clerk of Court is directed to place the case on for an inquiry to counsel hearing.

Signed: March 2, 2006

David C. Keesler
United States Magistrate Judge